IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

PAMELA RANDALL, )
)
Plaintiff, )
)
v. ) Case No. CIV-14-339-M
)
GUIDEONE MUTUAL )
INSURANCE COMPANY, )
)
Defendant. )

**NOTICE OF REMOVAL**

Defendant, GuideOne Mutual Insurance Company ("Defendant"), pursuant to 28 U.S.C. § 1441 *et seq*., and LCvR 81.2 of the United States District Court for the Western District of Oklahoma, hereby files its Notice of Removal. In further support, Defendant states:

1. The above styled case was commenced in the District Court of Oklahoma County, State of Oklahoma, and is now pending in that Court. Process was served on Defendant by certified mail to the Oklahoma Insurance Commissioner on February 19, 2014. A copy of Plaintiff's Petition is attached as **EXHIBIT 1**. A copy of the Entry of Appearance of Greg Haubrich and David Teasdale is attached as **EXHIBIT 2**. A copy of the Summons served on GuideOne through the Oklahoma Insurance Commissioner is attached as **EXHIBIT 3**. A copy of the Summons served on Miller Trucking, LLC, through James Miller is attached as **EXHIBIT 4**. A copy of the First Amended Petition is attached as **EXHIBIT 5**. A copy of the Special Entry of Appearance and Reservation of Time in which to Further

Answer or Plead by Miller Trucking, LLC, is attached as **EXHIBIT 6**. A copy of the Alias Summons served on Defendant through the Oklahoma Insurance Commissioner is attached as **EXHIBIT 7**. A copy of the Entry of Appearance of Michael Woodson and Stephanie Khoury for Defendant is attached as **EXHIBIT 8**. A copy of Defendant's Answer is attached as **EXHIBIT 9**. A copy of the Dismissal without Prejudice of Miller Trucking, LLC, is attached as **EXHIBIT 10**. A copy of the Oklahoma County Docket Sheet is attached as **EXHIBIT 11**.

2. While not specifically pled in the Petition, to the best of Defendant's information and belief, Plaintiff was at all pertinent times a resident of Oklahoma County, State of Oklahoma. *See* **EXHIBIT 12** Declarations page.

3. Defendant, GuideOne Mutual Insurance Company, is an Iowa Corporation doing business in the State of Oklahoma.

4. Complete diversity of citizenship exists between the parties.

5. This action is one of a civil nature in which the District Courts of the United States have original jurisdiction pursuant to 28 U.S.C. § 1332, said action having been brought by the Plaintiff against the Defendant for money damages arising from the alleged negligence of Defendant.

6. Plaintiff's claim is seeking damages in excess of $75,000.00. *See* Correspondence from Plaintiff's Counsel dated March 26, 2014 attached as **EXHIBIT 13**.

WHEREFORE, for the reasons set forth herein, GuideOne Mutual Insurance Company respectfully submits that the requirements for removal have been satisfied, as complete diversity of citizenship exists, and the amount in controversy exceeds $75,000.00.

Respectfully submitted,

s/ Stephanie L Khoury

Michael Woodson, OBA No. 16347
Stephanie L. Khoury, OBA No. 22661
EDMONDS COLE LAW FIRM
7 South Mickey Mantle Drive, 2nd Floor
Oklahoma City, Oklahoma 73104
Telephone: (405) 272-0322
Facsimile: (405) 235-4654
mwoodson@edmondscole.com
skhoury@edmondscole.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that on April 8, 2014, I electronically transmitted the above document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Greg Haubrich, Esquire
David L. Teasdale, Esquire
Post Office Box 890420
Oklahoma City, OK 73189
Telephone: (405) 378-3033
Facsimile: (405) 632-3036
gregh@fylaw.com
david@fylaw.com
**ATTORNEYS FOR PLAINTIFF**

s/ Stephanie L Khoury
For the Firm