# EXHIBIT 1



CJ3

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| PAMELA RANDALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ - 2013 - 6954 |
| | ) |
| JOHN DOE, | ) |
| MILLER TRUCK LINES, LLC and | ) FILED IN DISTRICT COURT |
| GUIDEONE CASUALTY | ) OKLAHOMA COUNTY |
| INSURANCE COMPANY, | ) |
| | ) DEC 19 2013 |
| Defendants. | ) |
| | ) TIM RHODES |
| | COURT CLERK |

### PETITION

Plaintiff States:

1. On December 09, 2012, on I-44 west of I-235 in Oklahoma City, a multi-car collision occurred in which Plaintiff Pamela Randall was injured.

2. The collision was caused by negligence of John Doe, an employee of Miller Truck Lines, LLC, acting within the course and scope of his employment; and/or of maintenance and other personnel of Miller Truck Lines, LLC, which caused hot asphalt or other slick liquid to spill on the roadway, which in turn caused other vehicles to lose control and collide with each other.

3. Following the collision, John Doe left the scene in violation of state law.

4. As a result, Plaintiff Pamela Randall suffered personal injuries; has and will incur medical expense; has and will lose income; has and will be disfigured; and has and will be partially disabled in her activities of life.

5. At the time of the collision, there was in force and effect a policy of uninsured/underinsured motorist coverage, Policy No. 021133-627 issued by Defendant, GuideOne Casualty Insurance Company. John Doe and his employer Miller Truck Lines, L.L.C.

were underinsured. Alternatively, provisions of the policy are invoked because John Doe left the scene, thereby becoming an "absent tortfeasor" who caused the collision through use of an automobile. All conditions precedent to payment under the policy have been satisfied.

6. Actions of John Doe, and of Miller Truck Lines, L.L.C., were reckless and/or intentional, such that punitive damages should be imposed.

7. WHEREFORE, Plaintiff Pamela Randall respectfully requests damages in excess of $10,000.00, plus interest and costs of this action.

Respectfully submitted,

GREG HAUBRICH, OBA#11854
DAVID L. TEASDALE, OBA#30307
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: 405-378-3033
Facsimile: 405-632-3036
gregh@fylaw.com
david@fylaw.com

ATTORNEY'S LIEN CLAIMED