IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAMELA RANDALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-339-M |
| | ) | |
| GUIDEONE MUTUAL INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, jointly, and hereby stipulate and agree that the above-captioned matter should be dismissed with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

s/ Michael Woodson
Michael Woodson, OBA No. 16347
Darren Ferguson, OBA No. 31549
EDMONDS COLE LAW FIRM, P.C.
7 South Mickey Mantle Drive, 2nd Floor
Oklahoma City, Oklahoma 73104
Telephone:   (405) 272-0322
Facsimile:   (405) 235-4654
mwoodson@edmondscole.com
dferguson@edmondscole.com
**ATTORNEYS FOR DEFENDANT**

s/ Gregory Haubrich
*(signed by filing attorney with permission)*
Gregory Haubrich, OBA No. 11854
David L. Teasdale, OBA No. 30307
Post Office Box 890420
Oklahoma City, OK 73189
Telephone:   (405) 378-3033
Facsimile:   (405) 632-3036
gregh@fylaw.com
david@fylaw.com
**ATTORNEYS FOR PLAINTIFF**